UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| MADISON GIROUX<br>by her Attorney-in-fact,<br>JENNIFER GIROUX,<br><br>           Plaintiff,<br><br>   vs.<br><br>TOMMI YOUNG BULL BEAR,<br>EMT Director, City/County Alcohol and<br>Drug Program, in her individual<br>capacity; BRENDA WOOD, Director<br>City/County Alcohol and Drug<br>Program, in her individual capacity;<br>PENNINGTON COUNTY SHERIFF'S<br>DEPUTY PAUL STEVENS, in his<br>individual capacity; and<br>PENNINGTON COUNTY STATE'S<br>ATTORNEY SARAH E. MORRISON, in<br>her individual capacity,<br><br>           Defendants. | CIV. 16-5003-JLV<br><br>JUDGMENT |

Consistent with the court's order (Docket 27), it is

ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of defendants and against plaintiff.

Dated March 22, 2017.

                BY THE COURT:

                /s/ *Jeffrey L. Viken*
                JEFFREY L. VIKEN
                CHIEF JUDGE